**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darren Hamilton, Sr. ) | No. CV-07-1621-PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| ) | |
| Hadley Auto Transport, et al., ) | |
| Defendants. ) | |

      Before the Court is Plaintiff Darren Hamilton, Sr.'s ("Plaintiff") "Motion to Reconsider Order of Dismissal of Un-Served Defendant Parties" (Dkt. 14). Plaintiff filed his Complaint on August 23, 2007. (See Dkt. 1, Compl.) Defendants Performance Transportation Services, Inc. and Hadley Auto Transport filed Answers on October 9, 2007. (Dkts. 5, 6.) No other defendants were served within the 120-day period required by Federal Rule of Civil Procedure 4(m). On January 7, 2008, Plaintiff was notified that a status conference was scheduled for May 12, 2008. The status conference was held as scheduled, and Plaintiff failed to appear. (See Dkt. 12, Minute Entry dated May 12, 2008.) The Court dismissed all non-served Defendants and scheduled a Show Cause Hearing for May 28, 2008 at which Plaintiff is ordered to show cause why the case should not be dismissed because jurisdiction of these proceedings have been transferred to the Bankruptcy Court. (Dkt. 13, Order dated May 13, 2008.)

1   Having failed to appear at the status conference, Plaintiff now requests that the
2   Court reconsider its Order dismissing all non-served defendants.  The Court declines
3   Plaintiff's request.  Although Plaintiff asserts that he was misled by his document
4   preparer and process server, ultimate responsibility for providing service of process rested
5   with Plaintiff.  The Court will not reconsider its Order where, as here, nearly eight months
6   passed without service of process and Plaintiff failed to appear at a status conference.
7   Conley v. Gibson, 355 U.S. 41, 48 (1957), on which Plaintiff relies, addresses the relaxed
8   requirements of notice pleading under the Federal Rules of Civil Procedure, not the
9   requirements of service of process, and is therefore inapposite.

10   Plaintiff's motion will be denied.  The Court will determine after the Show Cause
11  Hearing whether this matter should be dismissed on account of the transfer to Bankruptcy
12  Court.  Accordingly,

13   **IT IS HEREBY ORDERED** denying Plaintiff's "Motion to Reconsider Order of
14  Dismissal of Un-Served Defendant Parties" (Dkt. 14).

15   DATED this 22nd day of May, 2008.

Stephen M. McNamee
United States District Judge

- 2 -