**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darren Hamilton, Sr. ) | No. CV-07-1621-PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| Hadley Auto Transport, et al., ) | |
| ) | |
| Defendants. ) | |

    Plaintiff filed his Complaint on August 23, 2007. (Dkt. 1, Compl.) Defendants Hadley Auto Transport and Performance Transportation Services, Inc. ("Defendants") answered on October 9, 2007.[1] (Dkts. 5, 6.) Defendants then filed a Notice of Bankruptcy Stay. (Dkt. 9.) A status conference was held on May 12, 2008 to determine the impact of the bankruptcy stay on this matter. (See Dkt. 12.) Plaintiff did not appear at the status conference, and the Court issued an Order to Show Cause dismissing all non-served defendants pursuant to Rule 4(m), and ordering Plaintiff to show cause why the case should not be dismissed. (Dkt. 13.) A show cause hearing was held on May 28, 2008, and Plaintiff again failed to appear. (Dkt. 16.) There being no reason for this matter to proceed independently of the bankruptcy action,

---

[1] No date of service of process appearing on the docket report, Defendants' answers are deemed timely filed.

1  **IT IS HEREBY ORDERED** transferring this case to the Bankruptcy Court.

2  DATED this 2nd day of June, 2008.

_____
Stephen M. McNamee
United States District Judge